IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.M.S., JR., through and by his mother and next of kin Denna Renee Billingsley, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 12-0109-CG-M ) |
| PERRY COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the defendants and against the plaintiff on all counts.

DONE and ORDERED this the 15th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE